UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION _____ <br><br> This Document Relates to: <br> Petersen v. Cook Inc., et al. 1:19-cv-01235; <br> Cooper v. Cook Inc., et al. 1:19-cv-01703; <br> Wisdom v. Cook Inc., et al. 1:17-cv-00349; <br> Marowski v. Cook Inc., et al., 1:16-cv-03436. _____ | ) ) ) ) ) ) ) ) ) ) ) ) )    1:14-ml-02570-RLY-TAB <br>    MDL No. 2570 |

**THIRD ORDER ON THE COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS IN 64 CATEGORY 2 CASES FOR FAILURE TO STATE A CLAIM**

On May 28, 2019, the Cook Defendants filed a Motion for Judgment on the Pleadings in 64 Category 2 Cases for Failure to State a Claim. The court ruled on 58 of the cases subject to the motion, and took the following six cases under advisement:

- Petersen v. Cook Inc., et al., 1:19-cv-01235;
- Cooper v. Cook Inc., et al., 1:19-cv-01703;
- Morton v. Cook Inc., et al., 1:19-cv-00415;
- Wisdom v. Cook Inc., et al., 1:17-cv-00349;
- Albrecht v. Cook Inc., et al., 1:16-cv-03429; and
- Marowski v. Cook Inc., et al., 1:16-cv-03436.

The *Morton* and *Albrecht* cases have since been dismissed. (*See* Filing Nos. 13379, 13204). With respect to the *Petersen*, *Cooper*, *Wisdom*, and *Marowski* cases,

1

Cook's Motion for Judgment on the Pleadings (Filing No. 10856) is **DENIED**

**WITHOUT PREJUDICE**.


**SO ORDERED** this 15th day of January 2025.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.